UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. HENDRICKSON,<br><br>            Petitioner,<br><br>       v.<br><br>T. TAYLOR, Warden,<br><br>            Respondent. | No.  1:26-cv-02284-FJS (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 6]<br><br>[DEADLINE: JUNE 25, 2026] |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 26, 2026, Respondent filed a motion requesting an extension of time to file a response. (ECF No. 6.) Good cause having been presented, Respondent's motion is GRANTED. The deadline for filing a response is moved to June 25, 2026.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE