UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCO A. HENDRICKSON,

Petitioner,

v.

TAYLOR, *et al.*,

Respondents.

Case No. 1:26-cv-02284-FJS (HC)

ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 12)

Petitioner Marco A. Hendrickson ("Petitioner") is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 25, 2026, Respondents filed a motion to dismiss the petition. (ECF No. 10.) Following Petitioner's failure to timely file an opposition, on August 14, 2026, the court ordered Petitioner to show cause by written response within thirty days why the failure to oppose Respondents' motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion. (ECF No. 12.) Petitioner was informed he may comply with the court's order by filing an opposition or statement of non-opposition to Respondents' June 25, 2026, motion to dismiss. (*Id.*)

On September 18, 2026, Petitioner filed a traverse and reply in opposition to the motion to dismiss. (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED as follows:

1. The August 14, 2026, order to show cause, (ECF No. 12), is DISCHARGED; and
2. The petition and motion to dismiss will be addressed in due course.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE